UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:12-cr-13 |
| v. ) | |
| ) | COLLIER / CARTER |
| CRAMELL OATES ) | |

**O R D E R**

On July 6, 2012, Magistrate Judge William B. Mitchell Carter filed a report and recommendation recommending the Court find Defendant August Anthony Ford ("Defendant") competent to understand the nature and consequences of the proceedings against him, able to assist in his defense, and competent to stand trial. (Court File No. 51). Neither Defendant nor the government filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 51) pursuant to 28 U.S.C. § 636(b)(1) and **FINDS** Defendant is competent to understand the nature and consequences of the proceedings against him, able to assist in his defense, and competent to stand trial.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**